UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE MILLER, for himself and on behalf of all others similarly situated,

        Plaintiff,

-v-

WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC. and AMERICAN SECURITY INSURANCE COMPANY,

        Defendants.

C.A. No.: 13-cv-1541 (VB)

**NOTICE OF APPEARANCE**

---

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

Please enter my appearance as counsel in this case for Plaintiff Wayne Miller. I certify that I am admitted to practice before this Court.

Dated: New York, New York
      April 1, 2013

                                            /s/  Scott V. Papp
                                            Scott V. Papp
                                            LOWEY DANNENBERG COHEN
                                                & HART, P.C.
                                            One North Broadway, Suite 509
                                            White Plains, NY 10601-2301
                                            Telephone:   (914) 997-0500
                                            Facsimile:    (914) 997-0035
                                            spapp@lowey.com

{2593 / MISC / 00116887.DOCX v1}

## CERTIFICATE OF SERVICE

I certify that on April 1, 2013, I served a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

Dated: New York, New York
      April 1, 2013

                                                /s/ Scott V. Papp
                                                Scott V. Papp