UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WAYNE MILLER, for himself and on behalf of all others similarly situated, | x<br>:<br>: Case No. 13-cv-1541 (VB) |
| Plaintiff, | :<br>:<br>: |
| -v- | : **NOTICE OF APPEARANCE** |
| WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC. and AMERICAN SECURITY INSURANCE COMPANY, | :<br>:<br>:<br>: |
| Defendants. | :<br>:<br>:<br>x |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant WELLS FARGO BANK, N.A. in the above-captioned proceeding, and requests that copies of all pleadings, notices, orders and other filings be sent to her attention at the following address and telephone number:

> Hogan Lovells US LLP
> 875 Third Avenue
> New York, NY 10022
> Attn: Allison J. Schoenthal
> (212) 918-3000-telephone
> (212) 918-3100-facsimile

DATED:  April 1, 2013
        New York, New York

                                        Respectfully submitted,

                                        By:   /s/ Allison J. Schoenthal
                                              Allison J. Schoenthal
                                              HOGAN LOVELLS US LLP
                                              875 Third Avenue
                                              New York, New York 10022
                                              Tel: (212) 918-3000

                                        *Attorneys for WELLS FARGO BANK, N.A.*

\\NY - 716845/000300 - 2545747 v1

## CERTIFICATE OF SERVICE

I certify that on April 1, 2013, I served a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

Dated: New York, New York
April 1, 2013

/s/ Allison J. Schoenthal
Allison J. Schoenthal