UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |  |
|---|---|---|
| WAYNE MILLER, for himself and on behalf of all others similarly situated, | x : : : | Case No. 13-cv-1541 (VB) |
| Plaintiff, | : : | |
| -v- | : : | |
| WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC. and AMERICAN SECURITY INSURANCE COMPANY, | : : : : | |
| Defendants. | : : : x | |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT WELLS FARGO BANK, N.A.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Wells Fargo Bank, N.A. submit this disclosure statement.

Wells Fargo Bank, N.A states that it is a wholly-owned subsidiary of Wells Fargo & Company, a publicly-held corporation. No other publicly-held corporation owns 10% or more of the stock of Wells Fargo Bank, N.A. or its parent, Wells Fargo & Company.

New York, New York
April 1, 2013

                          HOGAN LOVELLS US LLP

                          By:   /s/ Allison J. Schoenthal
                                Allison J. Schoenthal
                                Lisa J. Fried
                          875 Third Avenue
                          New York, New York 10022
                          Tel: (212) 918-3000
                          Fax: (212) 918-3100
                          allison.schoenthal@hoganlovells.com
                          lisa.fried@hoganlovells.com
                          *Attorneys for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I certify that on April 1, 2013, I served a true and correct copy of the foregoing Rule 7.1 Disclosure Statement of Defendant Wells Fargo Bank, N.A. with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

Dated: New York, New York
      April 1, 2013

                                        /s/ Allison J. Schoenthal
                                          Allison J. Schoenthal