UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WAYNE MILLER, for himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC. and AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Case No. 13-cv-1541 (VB)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant WELLS FARGO BANK, N.A. in the above-captioned proceeding, and requests that copies of all pleadings, notices, orders and other filings be sent to her attention at the following address and telephone number:

> Hogan Lovells US LLP
> 875 Third Avenue
> New York, NY 10022
> Attn: Lisa J. Fried
> (212) 918-3000-telephone
> (212) 918-3100-facsimile

DATED:   April 1, 2013
         New York, New York

                              Respectfully submitted,

                              By:   /s/ Lisa J. Fried
                                    Lisa J. Fried
                                    HOGAN LOVELLS US LLP
                                    875 Third Avenue
                                    New York, New York 10022
                                    Tel: (212) 918-3000

                              *Attorneys for WELLS FARGO BANK, N.A.*

\\NY - 716845/000300 - 2545748 v1

2

## CERTIFICATE OF SERVICE

I certify that on April 1, 2013, I served a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

Dated: New York, New York
      April 1, 2013

                                              /s/ Lisa J. Fried
                                                Lisa J. Fried