

RECEIVED
APR 02 2013
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/13

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

April 1, 2013

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI  4/2/13
U.S.D.J.

**MEMO ENDORSED**

By Facsimile

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

Re:　*Miller v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-01541-VB

Dear Judge Briccetti:

This firm has just been retained to represent defendant Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced action. According to the Court docket, Wells Fargo's response to the Complaint presently is due on April 2, 2013. We respectfully request that Wells Fargo's time to answer, move or otherwise respond to the Complaint be extended to and including May 1, 2013, which is the same date that Defendant Assurant's response to the Complaint is due [Docket No. 12]. I spoke to counsel for Plaintiffs today, Scott Papp, who consented to the requested extension. This is the first extension that Wells Fargo has requested in this matter.

Accordingly, pursuant to Rule 1(E) of Your Honor's Individual Practices, we respectfully request that Wells Fargo's time to answer, move or otherwise respond to the Complaint be extended to and including May 1, 2013.

Respectfully submitted,

Allison J. Schoenthal

Partner
allison.schoenthal@hoganlovells.com
D +1 212 918 3647

cc:　David Harrison, Esq. (via email)
　　Jeanne F. D'Esposito, Esq. (via email)
　　Scott Papp, Esq. (via email)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices.
\\NY - 716845/000300 - 2545742 v1