

# Lowey Dannenberg Cohen & Hart, P.C.

**New York**
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

**Pennsylvania**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

*MEMO ENDORSED*

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/13*

April 1, 2013

**BY HAND DELIVERY**

Honorable Vincent L. Briccetti
United States District Court Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

*RECEIVED APR 02 2013 CHAMBERS OF VINCENT L. BRICCETTI UNITED STATES DISTRICT JUDGE SOUTHERN DISTRICT OF NEW YORK*

**APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI
U.S.D.J.    4/2/13**

Re: *Miller v. Wells Fargo*, et al. 13-cv-1541 (VB)

Dear Judge Briccetti:

We represent Plaintiff Wayne Miller in the above-referenced matter. We write to request leave to file a Corrected Complaint in this action.

On March 7, 2013, Wayne Miller filed a class action complaint (the "Complaint") against Wells Fargo Bank, N.A. The Complaint several times references Plaintiff's mortgage agreement (the "Mortgage Agreement") as Exhibit 1 but it was inadvertently omitted from the Complaint as filed. *See* Complaint, ¶¶ 15, 38. In addition, there are paragraphs that mistakenly reference this exhibit. *See* Complaint, ¶¶ 38, 87(e).

Accordingly, we respectfully request permission to file a Corrected Complaint that attaches Plaintiff's Mortgage Agreement as Exhibit 1 and removes the two mistaken cites to this Exhibit. We note that we provided Defendants with a copy of Exhibit 1 after filing the Complaint. For the Court's convenience, we have attached a redline copy of the proposed Corrected Complaint.

Sincerely,

Scott V. Papp
Direct Line: 914-733-7257

Enclosure.
cc: Karen E. Abravanel, Esq. (via e-mail)
Allison Schoenthal, Esq. (via e-mail)
Dennis A. Fee (via e-mail)

{2593 / LTR / 00116890.DOCX v2}