

# Hogan Lovells

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

April 3, 2013

**By Facsimile**

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

**MEMO ENDORSED**

Re:   *Miller v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-01541-VB

Dear Judge Briccetti:

This firm has just been retained to represent defendant Wells Fargo Insurance, Inc. ("Wells Fargo Insurance") in the above-referenced action. According to the Court docket, Wells Fargo Insurance's response to the Complaint presently is due on April 5, 2013. We respectfully request that Wells Fargo Insurance's time to answer, move or otherwise respond to the Complaint be extended to and including May 1, 2013, which is the same date that Defendants Assurant and Wells Fargo Bank, N.A.'s responses to the Complaint are due [Docket Nos. 12, 19]. I exchanged emails today with counsel for Plaintiff, Scott Papp, who consented to the requested extension. This is the first extension that Wells Fargo Insurance has requested in this matter.

Accordingly, pursuant to Rule 1(E) of Your Honor's Individual Practices, we respectfully request that Wells Fargo Insurance's time to answer, move or otherwise respond to the Complaint be extended to and including May 1, 2013.

Respectfully submitted,

*Lisa J. Fried*

Lisa J. Fried

Partner
lisa.fried@hoganlovells.com
D +1 212 909 0658

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI  4/3/13
U.S.D.J.

cc:   David Harrison, Esq. (via email)
      Jeanne F. D'Esposito, Esq. (via email)
      Scott Papp, Esq. (via email)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com

\\NY - 716845/000300 - 2546173 v1