IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/13

WAYNE MILLER, for himself and on behalf of all others similarly situated,

Plaintiff(s),

v.

Civil Action No. 7:13-cv-01541-VB

WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,

Defendants.

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF BRIAN P. PERRYMAN

The Motion of Brian P. Perryman for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia (see Attachment "A" to Motion and Certificates of Good Standing), and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Brian P. Perryman |
| Firm Name: | Jorden Burt LLP |
| Address: | 1025 Thomas Jefferson Street NW, Suite 400 East |
| City/State/Zip: | Washington DC 20007 |
| Telephone: | 202-295-6525 |
| E-mail: | bpp@jordenusa.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Assurant, Inc., and American Security Insurance Company, in the above-entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4-12-13

_____
United States District / Magistrate Judge

#260291v1dc