IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS)

| | |
|---|---|
| **WAYNE MILLER, for himself and on behalf of all others similarly situated,**<br><br>                   **Plaintiff(s),**<br><br>v.<br><br>**WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,**<br><br>                   **Defendants.** | Civil Action No. 7:13-cv-01541-VB<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant Assurant, Inc. and American Security Insurance Company. I certify that I am admitted to practice before this Court.

Dated: April 12, 2013
       Washington DC

                                          /s/ Denise A. Fee
                                          Denise A. Fee
                                          JORDEN BURT LLP
                                          1025 Thomas Jefferson Street, N.W.
                                          Suite 400 East
                                          Washington, DC 20007
                                          Telephone: (202) 965-8100
                                          Facsimile: (202) 965-8104
                                          Email: daf@jordenusa.com