IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS)

| | |
|---|---|
| WAYNE MILLER, for himself and on behalf of all others similarly situated,<br><br>       Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>       Defendants. | Civil Action No. 7:13-cv-01541-VB<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel in this case for Defendant Assurant, Inc. and American Security Insurance Company.  I certify that I am admitted to practice before this Court.


Dated:  April 12, 2013
   Washington DC


            /s/ W. Glenn Merten
            W. Glenn Merten
            JORDEN BURT LLP
            1025 Thomas Jefferson Street, N.W.
            Suite 400 East
            Washington, DC 20007
            Telephone:  (202) 965-8100
            Facsimile:  (202) 965-8104
            Email:  wgm@jordenusa.com