IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS)

| | |
|---|---|
| WAYNE MILLER, for himself and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>　　　　　　　　Defendants. | Civil Action No. 7:13-cv-01541-VB<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant Assurant, Inc. and American Security Insurance Company. I certify that I am admitted to practice before this Court.

Dated:  April 12, 2013
　　　　Washington DC

　　　　　　　　　　　　　　　　　　　　/s/ Brian P. Perryman
　　　　　　　　　　　　　　　　　　　　Brian P. Perryman
　　　　　　　　　　　　　　　　　　　　JORDEN BURT LLP
　　　　　　　　　　　　　　　　　　　　1025 Thomas Jefferson Street, N.W.
　　　　　　　　　　　　　　　　　　　　Suite 400 East
　　　　　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 965-8100
　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 965-8104
　　　　　　　　　　　　　　　　　　　　Email:  bpp@jordenusa.com