UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | x | |
| WAYNE MILLER, for himself and on behalf of all others similarly situated, | : | Case No. 13-cv-1541 (VB) |
| | : | |
| Plaintiff, | : | |
| | : | |
| -v- | : | **NOTICE OF APPEARANCE** |
| | : | |
| WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC. and AMERICAN SECURITY INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | x | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant

WELLS FARGO INSURANCE, INC. in the above-captioned proceeding, and requests that

copies of all pleadings, notices, orders and other filings be sent to her attention at the following

address and telephone number:

> Hogan Lovells US LLP
> 875 Third Avenue
> New York, NY  10022
> Attn:   Allison J. Schoenthal
> (212) 918-3000-telephone
> (212) 918-3100-facsimile

DATED:    April 26, 2013
          New York, New York

Respectfully submitted,

By:    ___/s/ Allison J. Schoenthal_____
       Allison J. Schoenthal
       HOGAN LOVELLS US LLP
       875 Third Avenue
       New York, New York 10022
       Tel: (212) 918-3000

*Attorneys for WELLS FARGO INSURANCE, INC.*

\\NY - 716845/000300 - 2546180 v1

## CERTIFICATE OF SERVICE

I certify that on April 26, 2013, I served a true and correct copy of the foregoing Notice

of Appearance with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to counsel of record for all parties.

Dated: New York, New York
       April 26, 2013

/s/ Allison J. Schoenthal_____
                  Allison J. Schoenthal