UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
WAYNE MILLER, for himself and on behalf of all others similarly situated,

                Plaintiff,

  -v-

WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC. and AMERICAN SECURITY INSURANCE COMPANY,

                Defendants.
------------------------------------------------------x

Case No. 13-cv-1541 (VB)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant WELLS FARGO INSURANCE, INC. in the above-captioned proceeding, and requests that copies of all pleadings, notices, orders and other filings be sent to her attention at the following address and telephone number:

    Hogan Lovells US LLP
    875 Third Avenue
    New York, NY  10022
    Attn:   Lisa J. Fried
    (212) 918-3000-telephone
    (212) 918-3100-facsimile

DATED: April 26, 2013
           New York, New York

                              Respectfully submitted,

                              By:   /s/ Lisa J. Fried
                                   Lisa J. Fried
                                   HOGAN LOVELLS US LLP
                                   875 Third Avenue
                                   New York, New York 10022
                                   Tel: (212) 918-3000

                              *Attorneys for WELLS FARGO INSURANCE, INC.*

\\NY - 716845/000300 - 2546178 v1

## **CERTIFICATE OF SERVICE**

I certify that on April 26, 2013, I served a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

Dated: New York, New York
April 26, 2013

/s/ Lisa J. Fried
Lisa J. Fried