UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| WAYNE MILLER, for himself and on behalf of all others similarly situated, | : : | Case No. 13-cv-1541 (VB) |
| | : | |
| Plaintiff, | : | |
| | : | |
| -v- | : | |
| | : | |
| WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT, INC. and AMERICAN SECURITY INSURANCE COMPANY, | : : : | |
| | : | |
| Defendants. | : | |
| | : | |
| | x | |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT WELLS FARGO INSURANCE, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Wells Fargo Insurance, Inc. submit this disclosure statement.

Wells Fargo Insurance, Inc. states that it is a direct or indirect subsidiary of Wells Fargo & Company, a publicly-held corporation.  No other publicly-held corporation owns 10% or more of the stock of Wells Fargo Insurance, Inc. or its parent, Wells Fargo & Company.

New York, New York
April 26, 2013

HOGAN LOVELLS US LLP

By:  __/s/ Lisa J. Fried_____
        Lisa J. Fried
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
allison.schoenthal@hoganlovells.com
lisa.fried@hoganlovells.com
*Attorneys for Defendant Wells Fargo Insurance, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 26, 2013, I served a true and correct copy of the foregoing Rule 7.1

Disclosure Statement of Defendant Wells Fargo Insurance, Inc. with the Clerk of the Court using

the CM/ECF system, which will send notification of such filing to counsel of record for all

parties.

Dated: New York, New York
      April 26, 2013

                                   /s/ Lisa J. Fried
                                        Lisa J. Fried