



Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

April 26, 2013

**By Facsimile**

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI  4/29/13
U.S.D.J.

Re:   *Miller v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-01541-VB

Dear Judge Briccetti:

This firm represents defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc. (together, the "Wells Fargo Defendants") in connection with the Class Action Complaint ("Complaint") filed in the above-referenced action. Pursuant to Section 2.C.i of Your Honor's Individual Practices, we write to request permission to file a memorandum of law not to exceed thirty (30) pages in support of the Wells Fargo Defendants' forthcoming joint motion to dismiss the Complaint.

Good cause exists for the page limit extension. The 55-page Complaint asserts six counts against the Wells Fargo Defendants, including multiple violations of the federal Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq.*, and multiple violations of New York General Business Law § 349. In addition, plaintiff seeks to represent a putative class of individuals. The Complaint raises numerous complex issues that call for a detailed response. The additional pages requested here will permit the Wells Fargo Defendants to assist the Court in deciding their joint motion to dismiss the Complaint.

Plaintiff does not oppose this request.

Respectfully submitted,

*Lisa J. Fried*

Lisa J. Fried

Partner
lisa.fried@hoganlovells.com
D +1 212 909 0658

cc:  David Harrison, Esq. (via email)
     Jeanne F. D'Esposito, Esq. (via email)
     Scott Papp, Esq. (via email)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com

\\NY - 080945/001161 - 2589499 v1