

**Lowey Dannenberg Cohen & Hart, P.C.**

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax
www.lowey.com

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

RECEIVED MAY 10 2013 CHAMBERS OF VINCENT L. BRICCETTI UNITED STATES DISTRICT JUDGE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/13

May 10, 2013

<u>VIA FACSIMILE 914-390-4166</u>

Honorable Vincent L. Briccetti
United States District Court Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI  5/13/13
U.S.D.J.

Re: *Miller v. Wells Fargo*, et al. 13-cv-1541 (VB)

Dear Judge Briccetti:

We represent Plaintiff Wayne Miller in the above-referenced class action.

Pursuant to your Honor's Individual Rules, Plaintiff requests an extension of 34 days to file its opposition to the motions to dismiss filed on May 1, 2013 by the Wells Fargo Defendants and the Assurant Defendants.

Pursuant to Local Rule 6.1(b), Plaintiff is required to file his opposition papers on or before May 15, 2013. Plaintiff has not previously made any requests for extensions of time.

Good cause exits to extend Plaintiff's time to respond from May 15, 2013 to June 18, 2013. Defendants have filed memoranda totaling more than 60 pages which raise distinct and complex arguments in support of their respective motions to dismiss the six count class action complaint. The additional time requested will permit Plaintiff to adequately and succinctly respond to these arguments and assist the court in resolving the motion to dismiss.

Defendants do not oppose this request.

Respectfully submitted,

Scott Papp
Direct Line: 914-733-7257

cc: Lisa J. Fried (via facsimile)
Andrew T. Solomon (via facsimile)

{2593 / LTR / 00117489.DOCX v2}