

**Lowey Dannenberg Cohen & Hart, P.C.**

| New York | Pennsylvania |
|---|---|
| White Plains Plaza | Four Tower Bridge |
| One North Broadway | 200 Barr Harbor Drive, Suite 400 |
| White Plains, NY 10601-2310 | West Conshohocken, PA 19428-2977 |
| 914 997-0500 Telephone | 610-941-2760 Telephone |
| 914 997 0035 Fax | 610-862-9777 Fax |
| www.lowey.com | |

RECEIVED JUN 10 2013 CHAMBERS OF VINCENT L. BRICCETTI UNITED STATES DISTRICT JUDGE SOUTHERN DISTRICT OF NEW YORK

June 10, 2013

**APPLICATION DENIED**
**SO ORDERED:**
Vincent L. Briccetti, U.S.D.J.
Dated: 6/11/13
White Plains, NY

Plaintiff's brief may not exceed 45 pages in length.

<u>**VIA FACSIMILE 914-390-4166**</u>

Honorable Vincent L. Briccetti
United States District Court Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

    Re:    *Miller v. Wells Fargo*, et al. 13-cv-1541 (VB)

Dear Judge Briccetti:

    We represent Plaintiff Wayne Miller in the above-referenced class action. Pursuant to Section 2.C.i. of Your Honor's Individual Practices, we write to request permission to file one omnibus memorandum of law not to exceed sixty (60) pages in opposition the two motions to dismiss filed by Defendants Wells Fargo Bank, N.A., Wells Fargo Insurance, Inc., Assurant, Inc., and American Security Insurance Company (together "Defendants").

    Good cause exists to extend the page limit extension. Plaintiff is combining what would have been two 25-page opposition briefs. In addition, Plaintiff's omnibus memorandum of law will be responding to the two motions to dismiss filed by Defendants, which were collectively in excess of sixty (60) pages, not including three declarations and 17 exhibits. Also, Defendants' motions to dismiss the complaint raise numerous complex issues that call for detailed responses. The additional pages requested will permit Plaintiff to adequately and succinctly respond to these arguments and assist the court in resolving the motion to dismiss.

    Defendants do not oppose this request.

    Respectfully submitted,

    Scott V. Papp
    Direct Line: 914-733-7257

cc:    Lisa J. Fried (via facsimile)
        Andrew T. Solomon (via facsimile)

{2593 / LTR / 00117861.DOCX v1}