# JORDEN BURT

1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007-5208
(202) 965-8100
Fax: (202) 965-8104

777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
(305) 371-2600
Fax: (305) 372-9928

175 Powder Forest Drive
Suite 301
Simsbury, CT 06089-9658
(860) 392-5000
Fax: (860) 392-5058

**RECEIVED JUN 21 2013**
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

W. Glenn Merten
(202) [illegible]
wgm@jordenusa.com

June 21, 2013

**APPLICATION GRANTED**
**SO ORDERED:**

/s/ VB
Vincent L. Briccetti, U.S.D.J.
Dated: 6/21/13
White Plains, NY

Reply due 7/19/13. Brief not to exceed 15 pages.

<u>Via Facsimile: (914) 390-4170</u>

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street, Room 620
White Plains, New York 10601

Re: *Miller v. Wells Fargo Bank, N.A. et al.*, No. 13 Civ. 1541 (VB)

Dear Judge Briccetti:

This firm represents Defendants Assurant, Inc. and American Security Insurance Company (collectively "the Assurant Defendants") in connection with the Class Action Complaint ("Complaint") filed in the above-captioned action. Pursuant to Local Rule 6.1(b), the Assurant Defendants are required to file a reply in support of their motion to dismiss on or before June 28, 2013. The Assurant Defendants respectfully request an extension of time to file a reply until July 19, 2013. The Assurant Defendants have not previously sought an extension of time in which to file their reply.

In addition, and pursuant to Section 2.C.i of Your Honor's Individual Practices, the Assurant Defendants respectfully request permission to file a memorandum of law not to exceed <u>fifteen (15) pages</u> in support of their forthcoming joint reply in support of their motion to dismiss the Complaint.

Good cause exists to extend the Assurant Defendants' time to file a reply in support of their motion to dismiss from June 28, 2013 to July 19, 2013 and to extend the page limit to fifteen (15) pages. Plaintiff has filed a memorandum opposing the Assurant Defendants' motion to dismiss totaling more than 40 pages, in addition to an affidavit, a declaration, and 12 exhibits, which raises complex arguments in support of plaintiff's opposition to defendants' motions to dismiss the six-count class action complaint. These arguments require a detailed response. The additional time requested will permit the Assurant Defendants to adequately and concisely respond to plaintiff's arguments and will assist the Court in deciding the motions to dismiss.

**Jorden Burt LLP**
www.jordenburt.com

# JORDEN BURT

Hon. Vincent L. Briccetti
June 21, 2013
Page 2

Plaintiff's counsel has advised the Assurant Defendants that Plaintiff has no objection to the Assurant Defendants' request for extension of time, but takes no position on the Assurant Defendants' request for an extension of the page limit in light of the Court's June 12, 2013 Order denying plaintiff's request for a page limit extension. *See* ECF No. 49.

Respectfully submitted,

W. Glenn Merten

cc:     Counsel of record (via electronic delivery)

*WDC 262721.2*