



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/13

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

June 21, 2013

**By Facsimile**

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED:
_____
Vincent L. Briccetti, U.S.D.J.
Dated: 6/24/13
White Plains, NY

Reply due 7/19/13. Brief not to exceed 15 pages.

Re:   *Miller v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-01541-VB

Dear Judge Briccetti:

This firm represents defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc. (together, the "Wells Fargo Defendants") in connection with the Class Action Complaint filed in the above-referenced action.

Pursuant to Local Rule 6.1(b), the Wells Fargo Defendants are required to file a reply in further support of their motion to dismiss on or before June 28, 2013. The Wells Fargo Defendants respectfully request an extension of time to file a reply until July 19, 2013. In addition, pursuant to Your Honor's Individual Practice 2.C.i, the Wells Fargo Defendants are restricted to a reply memorandum not to exceed ten pages. The Wells Fargo Defendants respectfully request permission to file a reply memorandum of law not to exceed fifteen pages. The Wells Fargo Defendants have not previously sought either an extension of time to file their reply or an extension of the page limit for their reply.

Good cause exists to extend the Wells Fargo Defendants' time to file a reply and to extend the page limit for the reply. Plaintiff Wayne Miller ("Plaintiff") has filed a memorandum in opposition to the Wells Fargo Defendants' motion (the "Opposition") that exceeds forty pages, and has also submitted an affidavit, a declaration, and twelve exhibits. This case involves complex issues, and the Opposition requires a detailed response. The additional time and page-limit extension requested will permit the Wells Fargo Defendants to adequately respond to Plaintiff's arguments and will assist the Court in deciding their motion to dismiss.

Plaintiff's counsel has advised that Plaintiff has no objection to the Wells Fargo Defendants' request for an extension of time to file a reply, but takes no position on the Wells Fargo Defendants' request for an extension of the page limit, in light of the Court's June 12, 2013 Order denying Plaintiff's request for a page limit extension. See ECF No. 49.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP with offices in Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices Budapest Jakarta Jeddah Riyadh Zagreb  For more information see www.hoganlovells.com

Hon. Vincent L. Briccetti　　　　　　　　- 2 -　　　　　　　　June 21, 2013

Respectfully,

　　/s/ Lisa J. Fried

Lisa J. Fried

Partner
lisa.fried@hoganlovells.com
D +1 212 909 0658

cc:　David Harrison, Esq. (via email)
　　　Jeanne F. D'Esposito, Esq. (via email)
　　　Scott Papp, Esq. (via email)