**EXHIBIT 1**

**Form 10-K ("Nature of Operations"), D.E. 52-6 at 53 of 79:**

> Assurant, Inc. ("Assurant" or the "Company") is a Delaware corporation, whose common stock trades on the New York Stock Exchange ("NYSE") under the symbol AIZ. Assurant is a holding company whose subsidiaries provide specialized insurance products and related services in North America and select worldwide markets.
>
> Through its operating subsidiaries, the Company provides debt protection administration, credit-related insurance, warranties and service contracts, prefunded funeral insurance, lender-placed homeowners insurance, manufactured housing homeowners insurance, individual health and small employer group health insurance, group dental insurance, group disability insurance and group life insurance.

**Form 10-Q, D.E. 52-4 at 81 of 94:**

> Assurant, Inc. is a holding company and, as such, has limited direct operations of its own. Our holding company's assets consist primarily of the capital stock of our subsidiaries.

*Id.*, **at 59 of 94:**

> [AIZ] has five reportable segments. Our four operating segments are Assurant Solutions, Assurant Specialty Property, Assurant Health, and Assurant Employee Benefits. These operating segments partner with clients who are leaders in their industries . . . . The operating segments provide lender-placed homeowners insurance, [etc.] . . . .
>
> Our fifth segment, Corporate & Other, includes activities of the holding company, financing and expenses, net realized gains and losses on investments, interest income earned from short-term investments held and additional costs associated with excess of loss reinsurance programs reinsured and ceded to certain subsidiaries in the London market between 1995 and 1997. Corporate & Other also includes the amortization of deferred gains associated with the sales of Fortis Financial Group and Long-Term Care through reinsurance agreements.

**Form 10-K, D.E. 52-5 at 41 of 56:**

> We are a holding company and, therefore, our ability to pay dividends, service our debt and meet our other obligations depends primarily on the ability of our regulated U.S. domiciled insurance subsidiaries to pay dividends and make other statutorily permissible payments to us. Our insurance subsidiaries are subject to significant regulatory and contractual restrictions limiting their ability to declare and pay dividends.