



RECEIVED
JUL 31 2013
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

July 31, 2013

**By Facsimile**

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

Re:   *Miller v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-01541-VB

Clerk is instructed to docket this letter.
So ordered:
[signature] USDJ
8/6/13

Dear Judge Briccetti:

We are co-counsel to defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc. (together, "Wells Fargo") in the above-referenced action. To the extent the Court considers "Plaintiff's Notice of Supplemental Authority in Further Opposition to Defendants' Motions to Dismiss," filed on July 24, 2013 (the "Notice"), Wells Fargo submits this response.

The Notice appends two cases: *Leghorn v. Wells Fargo Bank*, 2013 WL 3064548 (N.D. Cal. June 19, 2013), and *Lane v. Wells Fargo Bank*, 2013 WL 3187410 (N.D. Cal. June 21, 2013). As briefly set forth below, *Leghorn* should not guide the Court, and *Lane* is irrelevant.

*Leghorn* adhered to earlier decisions that refused to dismiss the "backdating" and "kickback" theories. Wells Fargo's reply (at 3, 5-6, 8 n.14) explained why those decisions are incorrect—explanations that apply with equal force to *Leghorn*. Moreover, after careful consideration, a subsequent decision from the same district dismissed the "backdating" theory with prejudice. *Cannon v. Wells Fargo Bank*, 2013 WL 3388222 (N.D. Cal. July 2, 2013). Finally, *Leghorn* applied California, not New York, law, and did not involve RICO or fiduciary duty claims.

*Lane* refused to certify a nationwide class of borrowers and instead certified only a narrow class of California borrowers with a particular form of mortgage. *Lane* is irrelevant to this dismissal motion, which involves an entirely different legal issue—failure to state a claim.

Thank you for Your Honor's consideration.

Respectfully submitted,

*Lisa J. Fried*

Lisa J. Fried

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com

Hon. Vincent L. Briccetti — - 2 - — July 31, 2013

Partner
lisa.fried@hoganlovells.com
D +1 212 909 0658

cc: David Harrison, Esq. (via email)
Jeanne F. D'Esposito, Esq. (via email)
Scott Papp, Esq. (via email)