

**Lowey Dannenberg Cohen & Hart, P.C.**

| New York | Pennsylvania |
|---|---|
| White Plains Plaza | Four Tower Bridge |
| One North Broadway | 200 Barr Harbor Drive, Suite 400 |
| White Plains, NY 10601-2310 | West Conshohocken, PA 19428-2977 |
| 914-997-0500 Telephone | 610-941-2760 Telephone |
| 914-997-0035 Fax | 610-862-9777 Fax |

www.lowey.com

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-14

March 31, 2014

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 4/1/14
White Plains, NY

BY HAND AND ECF
Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

Re:   *Miller v. Well Fargo Bank, N.A., et. al.*, No. 13-cv-01541-VB

Dear Judge Briccetti:

This law firm represents plaintiff Wayne Miller in the action referenced above (the "Action").

Pursuant to the Court's direction in its order dated February 7, 2014, we are writing to provide an update regarding the status of the Action in light of the proposed settlement in *Fladell v. Wells Fargo, N.A.*, No. 13-cv-60721-FAM (S.D. Fla.). Specifically, on March 5, 2014, the *Fladell* plaintiffs filed a motion seeking preliminary approval of a settlement agreement. The *Fladell* settlement seeks to resolve claims on behalf of a national class that includes the proposed New York class in this action. Following a hearing, on March 17, 2014, the Hon. Federico Moreno certified a national class for settlement purposes, granted preliminary approval of the settlement, and scheduled a final hearing on the fairness of the settlement for September 18, 2014. A copy of the March 17, 2014 order in *Fladell* is enclosed for this Court's convenience.

Under the circumstances, the parties jointly request that this Court continue the stay on all deadlines in this action pending Judge Moreno's decision following the fairness hearing on September 18, 2014. We suggest that the parties provide an update on the status of the *Fladell* settlement by September 30, 2014.

Respectfully,

David Harrison

cc: Lisa J. Fried, Esq.

{2593 / LTR / 00121774.DOCX v2}