MEMORANDUM ENDORSEMENT

<u>Miller v. Wells Fargo Bank, N.A.</u>,
13 CV 1541(VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/14

    By December 1, 2014, the parties are directed to submit another joint letter regarding the status of the final approval of the proposed class action settlement in <u>Fladell v. Wells Fargo Bank, N.A.</u>, 13 CV 60721 (S.D. Fla.).

Dated: September 30, 2014
       White Plains, NY

                SO ORDERED:

                _____
                Vincent L. Briccetti
                United States District Judge



Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

September 29, 2014

**By ECF**

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

Re: *Miller v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-01541-VB

Dear Judge Briccetti:

This firm represents defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc. in the above-referenced action.

In accordance with the Order dated April 1, 2014 and entered April 2, 2014 (Docket No. 81), the parties provide the following joint status report about the results of the final approval hearing in *Fladell et al. v. Wells Fargo Bank, N.A., et al.*, Case No. 13-60721 (S.D. Fla.).

On September 18, 2014, Judge Federico A. Moreno held a final approval hearing in *Fladell*, and reserved decision on the motion for final approval of the proposed settlement and the related motion for an award of attorneys' fees. Accordingly, the parties jointly request a continued stay of the instant action, and further propose that, within ten days of a decision in *Fladell*, the parties will advise the Court.

Thank you for your consideration.

Respectfully,

/s/ Lisa J. Fried

Lisa J. Fried

Partner
lisa.fried@hoganlovells.com
D +1 212 909 0658

cc by ECF: David Harrison, Esq.
Jeanne F. D'Esposito, Esq.
Barbara J. Hart, Esq.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com