

**Hogan Lovells**

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

RECEIVED DEC - 2 2014
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

December 1, 2014

**By ECF**

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/14

Re:   *Miller v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-01541-VB

Dear Judge Briccetti:

This firm represents defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc. in the above-referenced action.

In accordance with the Order dated September 30, 2014 and entered October 1, 2014 (Docket No. 83), the parties provide the following joint status report regarding final approval of the proposed class action settlement in *Fladell et al. v. Wells Fargo Bank, N.A., et al.*, Case No. 13-60721 (S.D. Fla.).

On October 29, 2014, Judge Federico A. Moreno issued an Order Granting Final Approval to Class Action Settlement in *Fladell*. Also on October 29, 2014, Judge Moreno issued a Final Judgment in *Fladell*. However, on November 3, 2014, an Objector filed a Notice of Appeal from the Order and Final Judgment in *Fladell*. Accordingly, the parties jointly propose informing the Court by February 2, 2015 as to the status of the *Fladell* appeal in the Eleventh Circuit.

Thank you for your consideration.

Respectfully submitted,

/s/ Lisa J. Fried

Lisa J. Fried

Partner
lisa.fried@hoganlovells.com
D +1 212 909 0658

cc by ECF:   David Harrison, Esq.
Jeanne F. D'Esposito, Esq.
Barbara J. Hart, Esq.

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 12/2/14
White Plains, NY

Joint status report due 2/2/15, which should include detailed description of the status of the Fladell appeal.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com