UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
WAYNE MILLER, for himself and on behalf of all :
others similarly situated,                    :
                                              :
                Plaintiff,     :   Case No. 13-cv-1541-VB
                                              :
         - v -                               :
                                              :
WELLS FARGO BANK, N.A., WELLS FARGO           :
INSURANCE, INC., ASSURANT, INC. and           :
AMERICAN SECURITY INSURANCE                   :
COMPANY,                                      :
                                              :
                Defendants.    :
------------------------------------------- X

**MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER**

      PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4, Karen E. Abravanel respectfully moves to withdraw her appearance as attorney for Defendants Assurant, Inc. and American Security Insurance Company (collectively, the "Assurant Defendants") and for the Court to direct the Clerk to remove her name from the electronic docket in this case. In January 2015, Ms. Abravanel will be taking a position with another company. Sullivan & Worcester LLP and Carlton Fields Jorden Burt will continue as counsel for the Assurant Defendants.

Dated:  New York, New York         Respectfully submitted,
        December 31, 2014

                                            By:/s/Karen E. Abravanel
                                               Andrew T. Solomon
                                               Karen E. Abravanel
                                        SULLIVAN & WORCESTER LLP
                                        1633 Broadway, 32nd Floor
                                        New York, New York 10019
                                        Telephone: (212) 660-3000
                                        Facsimile: (212) 660-3001
                                        asolomon@sandw.com
                                        kabravanel@sandw.com

                                        -and-

Franklin G. Burt (*pro hac vice*)
W. Glenn Merten (*pro hac vice*)
CARLTON FIELDS JORDEN BURT
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007
Telephone: (202) 965-8100
Facsimile: (202) 965-8104
fburt@cfjblaw.com
gmerten@cfjblaw.com

*Attorneys for Defendants Assurant, Inc.
and American Security Insurance Company*

SO ORDERED:

_____
Hon. Vincent L. Briccetti