

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

February 2, 2015

**By ECF**

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

Re:     *Miller v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-01541-VB

Dear Judge Briccetti:

This firm represents defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc. in the above-referenced action.

In accordance with the Order dated and entered December 2, 2014 (Docket No. 85), the parties provide the following joint status report regarding the status of *Fladell et al. v. Wells Fargo Bank, N.A., et al.*, Case No. 13-60721 (S.D. Fla.), currently on appeal to the Eleventh Circuit Court of Appeals, Case No. 14-15000.  Several objectors have noticed appeals in *Fladell*, with the period for briefing still open.  One of the appeals involves a jurisdictional question, and briefing has been stayed pending resolution of that question.  However, some appellees have already filed responses to the jurisdictional question, and the question is likely to be resolved relatively soon.

The parties jointly propose informing the Court by May 4, 2015 as to the status of the *Fladell* appeal in the Eleventh Circuit Court of Appeals.

Thank you for your consideration.

Respectfully submitted,

___/s/ Lisa J. Fried_____

Lisa J. Fried

Partner
lisa.fried@hoganlovells.com
D +1 212 909 0658

cc by ECF:    David Harrison, Esq.
              Jeanne F. D'Esposito, Esq.
              Barbara J. Hart, Esq.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Abu Dhabi   Alicante   Amsterdam   Baltimore   Beijing   Brussels   Caracas   Colorado Springs   Denver   Dubai   Dusseldorf   Frankfurt   Hamburg   Hanoi   Ho Chi Minh City   Hong Kong   Houston   London   Los Angeles   Madrid   Miami   Milan   Moscow   Munich   New York   Northern Virginia   Paris   Philadelphia   Prague   Rome   San Francisco   Shanghai   Silicon Valley   Singapore   Tokyo   Ulaanbaatar   Warsaw   Washington DC   Associated offices:  Budapest   Jakarta   Jeddah   Riyadh   Zagreb.  For more information see www.hoganlovells.com