# Hogan Lovells

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

February 2, 2015

**By ECF**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/15

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

Re:   *Miller v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-01541-VB

Dear Judge Briccetti:

This firm represents defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc. in the above-referenced action.

In accordance with the Order dated and entered December 2, 2014 (Docket No. 85), the parties provide the following joint status report regarding the status of *Fladell et al. v. Wells Fargo Bank, N.A., et al.*, Case No. 13-60721 (S.D. Fla.), currently on appeal to the Eleventh Circuit Court of Appeals, Case No. 14-15000. Several objectors have noticed appeals in *Fladell*, with the period for briefing still open. One of the appeals involves a jurisdictional question, and briefing has been stayed pending resolution of that question. However, some appellees have already filed responses to the jurisdictional question, and the question is likely to be resolved relatively soon.

The parties jointly propose informing the Court by May 4, 2015 as to the status of the *Fladell* appeal in the Eleventh Circuit Court of Appeals.

Thank you for your consideration.

Respectfully submitted,

___/s/ Lisa J. Fried___

Lisa J. Fried

Partner
lisa.fried@hoganlovells.com
D +1 212 909 0658

cc by ECF:   David Harrison, Esq.
             Jeanne F. D'Esposito, Esq.
             Barbara J. Hart, Esq.

APPLICATION GRANTED
SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 2/2/2015
White Plains, NY

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com