**Hogan Lovells**

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

APPLICATION GRANTED
SO ORDERED:

*[signature]*

Vincent L. Briccetti, U.S.D.J.
Dated: 8/4/15
White Plains, NY

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8-4-15]*

August 4, 2015

**By ECF**

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

Re:   *Miller v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-01541-VB

Dear Judge Briccetti:

This firm represents defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc. in the above-referenced action.

In accordance with the Order dated and entered May 5, 2015 (Docket No. 91), the parties provide the following report regarding the status of *Fladell et al. v. Wells Fargo Bank, N.A., et al.*, Case No. 13-60721 (S.D. Fla.). On June 22, 2015, one of the appellants, Jennifer Hinjosa, moved to dismiss her appeal. The Eleventh Circuit Court of Appeals granted that motion on July 17, 2015. Still pending before the Eleventh Circuit Court of Appeals is the three remaining appellants' motion to dismiss their own appeal.

The parties jointly propose informing the Court by November 4, 2015 as to the updated status of the *Fladell* appeal in the Eleventh Circuit Court of Appeals.

Thank you for your consideration.

Respectfully submitted,

/s/ Lisa J. Fried
Lisa J. Fried

Partner
lisa.fried@hoganlovells.com
D +1 212 909 0658

cc by ECF:   David Harrison, Esq.
Jeanne F. D'Esposito, Esq.
Barbara J. Hart, Esq.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com