

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

November 4, 2015

**By ECF**

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

Re:     *Miller v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-01541-VB

Dear Judge Briccetti:

This firm represents defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc. (together, "Wells Fargo") in the above-referenced action.

In accordance with the Order dated and entered on August 4, 2015 (Docket No. 93), the parties provide the following report regarding the status of *Fladell et al. v. Wells Fargo Bank, N.A., et al.*, Case No. 13-60721 (S.D. Fla.) ("*Fladell*").  The appeals in the Eleventh Circuit Court of Appeals have been dismissed, and the class action settlement in *Fladell* is now final.

It is Wells Fargo's position that plaintiff Wayne Miller's ("Plaintiff") sole remaining claim is covered by the settlement in *Fladell* – indeed, he did not opt out of the class – and that the appropriate next step is for Plaintiff to voluntarily discontinue that remaining claim.  Plaintiff's counsel advises that they are considering how to proceed.  Accordingly, the parties respectfully seek the Court's leave to provide a further update to the Court by November 18, 2015.

Thank you for your consideration.

Respectfully submitted,

/s/ Lisa J. Fried_____
Lisa J. Fried

Partner
lisa.fried@hoganlovells.com
D +1 212 909 0658

cc by ECF:     David Harrison, Esq.
               Jeanne F. D'Esposito, Esq.
               Barbara J. Hart, Esq.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com