UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE MILLER, for himself and on behalf of all
others similarly situated,

                Plaintiff,

      -v-

WELLS FARGO BANK, N.A., WELLS FARGO
INSURANCE, INC., ASSURANT, INC. and
AMERICAN SECURITY INSURANCE COMPANY,

                Defendants.

C.A. No.: 13-cv-1541 (VB)

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Wayne Miller

voluntarily dismisses and discontinues this action.

Dated:  November 18, 2015

                **LOWEY DANNENBERG COHEN
                  & HART, P.C.**

By:   _/s/ David C. Harrison_____
        David C. Harrison  [DH-3834]
        Scott V. Papp  [SP-6005]
        One North Broadway, Suite 509
        White Plains, NY 10601-2301
        Telephone:   (914) 997-0500
        Facsimile:   (914) 997-0035

        **PRESKA & ASSOCIATES, P.C.**

        Adam M. Preska
        235 Main Street, Fourth Floor
        White Plains, NY 10601
        Telephone:   (914) 686-5042

        *Attorneys for Plaintiff Wayne Miller*